UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TERRA BAUGHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00473-TWP-MJD |
| | ) | |
| IVY TECH COMMUNITY COLLEGE-INDPLS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on Defendant's Unopposed Motion to Waive Officer Requirement for Settlement Conference. [Dkt. 27.]  The Court's order scheduling the March 5, 2025 settlement conference in this matter provided in part as follows:

> **If the amount of the offer made by Defendant(s) is less than the lesser of (a) $5000 or (b) five percent of the Demand**, then at the time such offer is forwarded to Plaintiff(s) and the Court, Defendant(s) shall also submit to the Court (but not serve on any other party) a confidential statement explaining the basis for its offer and setting forth in detail how the amount of the offer made constitutes a good faith offer in the circumstances of the matter.  Likewise, if it is Defendant(s)' intent to offer at the settlement conference a total amount of no more than twenty percent of the amount of the Demand to finally settle the case, Defendant(s) shall also submit to the Court (but not serve on any other party), no later than forty-five (45) days before the settlement conference, a confidential statement explaining the basis for any limitations in its intended final settlement position and setting forth in detail how the amount of any such limitation constitutes a good faith settlement position in the circumstances of the matter.  **These submissions should also be emailed to the Magistrate Judge at MJDinsmore@insd.uscourts.gov**.

[Dkt. 14 at 3-4.]  The only offer made by Defendant of which the Court is aware would require these submissions, which the Court has not received.  Absent the information that should have been contained therein, the Court has insufficient information to grant the relief requested by

Defendant.  Accordingly, Defendant's motion [Dkt. 27] is **DENIED**, without prejudice to its resubmission after Defendant has provided the information required by the Court's order at Docket No. 14.

     SO ORDERED.

Dated:  24 FEB 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.