**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| TERRA R. BAUGHMAN, <br><br> Plaintiff, <br><br> v. <br><br> IVY TECH COMMUNITY COLLEGE, <br><br> Defendant. | Case No. 1:24-cv-00473-TWP-MJD |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Terra R. Baughman and Defendant, Ivy Tech Community College, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal, with prejudice, of Plaintiff's claims against Defendant, in their entirety. Each party shall bear their own costs.

Respectfully submitted,

| | |
|---|---|
| *s/ David P. Friedrich (w/ permission)* <br> David P. Friedrich, Attorney No. 15164-84 <br> WILKINSON, GOELLER, MODESITT, <br> WILKINSON & DRUMMY, LLP <br> 333 Ohio Street <br> Terre Haute, IN 47807 <br> Telephone: (812) 235-4311 <br> Fax: (317) 235-5107 <br> Email: dpfriedrich@wilkinsonlaw.com <br><br> *Attorney for Plaintiff* | *s/ Phillip J. Jones* <br> Tami A. Earnhart, Attorney No. 21610-49 <br> Phillip J. Jones, Attorney No. 36859-53 <br> ICE MILLER LLP <br> One American Square, Suite 2900 <br> Indianapolis, IN 46282-0200 <br> Telephone: (317) 236-2100 <br> Fax: (317) 236-2219 <br> Email: Tami.Earnhart@icemiller.com <br>            Phillip.Jones@icemiller.com <br><br> *Attorneys for Defendant* |