UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRA R. BAUGHMAN,<br><br>    Plaintiff,<br><br>v.<br><br>IVY TECH COMMUNITY COLLEGE,<br><br>    Defendant. | Case No. 1:24-cv-00473-TWP-MJD |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the Parties' Stipulation of Dismissal With Prejudice, and the Court, being in all things duly advised, now hereby **ORDERS, ADJUDGES, AND DECREES** that this matter be, and hereby is, dismissed, with prejudice, each party to bear its own costs, attorneys' fees and expenses [32].

**SO ORDERED**.

Date: 4/10/2025

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

**Service of this Order will be made Electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.**